**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CR COMMERCIAL CONTRACTORS, INC.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)  **90-0147578** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23027 NORTH 15TH LANE**<br>**SUITE A**<br>**PHOENIX, AZ 85027**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **MARICOPA**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.crcontractors.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    8990

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2019** _____
             MM / DD / YYYY

**X** **/s/ DOUGLAS R. TERRILL** _____          **DOUGLAS R. TERRILL** _____
     Signature of authorized representative of debtor          Printed name

                                                          Email Address of debtor

Title    **CHIEF OPERATING OFFICER** _____

**18. Signature of attorney**

**X** **/s/ Allan D. NewDelman** _____      Date   **March 14, 2019** _____
     Signature of attorney for debtor                     MM / DD / YYYY

**Allan D. NewDelman 004066** _____
Printed name

**ALLAN D. NEWDELMAN, P.C.** _____
Firm name

**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012** _____
Number, Street, City, State & ZIP Code

Contact phone   **602-264-4550** _____      Email address   **anewdelman@adnlaw.net** _____

**004066 AZ** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2019**      X **/s/ DOUGLAS R. TERRILL**
                                             Signature of individual signing on behalf of debtor

                                             **DOUGLAS R. TERRILL**
                                             Printed name

                                             **CHIEF OPERATING OFFICER**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACCUTRON dba MEDICAL GAS SERVICES 24410 NORTH 20TH DRIVE BLDG G PHOENIX, AZ 85027 | | SUBCONTRACTOR | | | | $29,860.00 |
| Adobe Drywall LLC 5213 SOUTH 30TH STREET SUITE B200 PHOENIX, AZ 85040 | | SUBCONTRACTOR | | | | $24,067.51 |
| All Things Metal 23724 NORTH CENTRAL AVENUE BLDG B PHOENIX, AZ 85024 | | SUBCONTRACTOR | | | | $73,599.88 |
| Alpine Mechanical Services 23027 NORTH 15TH LANE SUITE C PHOENIX, AZ 85027 | | SUBCONTRACTOR | | | | $132,802.02 |
| ARIZONA DEPARTMENT OF REVENUE TAX BANKRUPTCY & COLLECTIONS 2005 NORTH CENTRAL AVENUE PHOENIX, AZ 85004 | | SALES TAX | | | | $130,500.00 |
| Arizona Glass Specialists 3164 SOUTH COUNTRY CLUB SUITE 5 MESA, AZ 85210 | | SUBCONTRACTOR | | | | $25,942.43 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| C&W Commercial Door & Trim 9144 WEST CALLE LEJOS PEORIA, AZ 85383 | | SUBCONTRACTOR | | | | $26,215.00 |
| Division Nine Contracting 4047 EAST SUPERIOR AVENUE PHOENIX, AZ 85040 | | SUBCONTRACTOR | | | | $63,909.00 |
| Fastrac Business & Hospitality Supply 2737 West Baseline Road Suite 21 Tempe, AZ 85283 | | SUBCONTRACTOR | | | | $56,022.00 |
| Hawkeye Electric 10 SOUTH ROOSEVELT AVE CHANDLER, AZ 85226 | | SUBCONTRACTOR | | | | $230,724.84 |
| Integrity Electrical Services Co 5025 SOUTH ASH AVENUE TEMPE, AZ 85282 | | SUBCONTRACTOR | | | | $55,120.40 |
| KDM Contracting Inc. 219 WEST LONE CACTUS DRIVE PHOENIX, AZ 85027 | | SUBCONTRACTOR | | | | $45,730.01 |
| L&H Mechanical 16561 NORTH 92ND STREET SUITE 110 SCOTTSDALE, AZ 85260 | | SUBCONTRACTOR | | | | $82,972.00 |
| M&P Venture Partners LLC 7215 NORTH 62ND AVENUE GLENDALE, AZ 85301 | | SUBCONTRACTOR | | | | $44,894.45 |
| Maplewood Cabinetry 21241 NORTH 23RD AVENUE SUITE 9 PHOENIX, AZ 85027-2537 | | SUBCONTRACTOR | | | | $39,378.28 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Montelo Drywall 7131 WEST MISSOURI GLENDALE, AZ 85303** | | **SUBCONTRACTO R** | | | | **$50,285.12** |
| **Moya Painting 1440 WEST HOUSTON AVENUE SUITE 5 GILBERT, AZ 85233** | | **SUBCONTRACTO R** | | | | **$107,326.35** |
| **Quality Floors 352 EAST CAMELBACK ROAD SUITE 200 PHOENIX, AZ 85012** | | **SUBCONTRACTO R** | | | | **$66,265.02** |
| **Sunstate Plumbing 7103 WEST AUGUSTA AVENUE GLENDALE, AZ 85303** | | **SUBCONTRACTO R** | | | | **$67,421.18** |
| **Wells Fargo PO Box 29482 Phoenix, AZ 85038-8655** | | **Line of Credit** | | | | **$64,704.49** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor name   **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:  Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*.....................................................................................   $          **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................................   $     **881,104.73**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.....................................................................................   $     **881,104.73**

### Part 2:  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **444,208.02**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **130,500.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **1,694,237.78**

4.   **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b            $     **2,268,945.80**

Fill in this information to identify the case:

Debtor name **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WELLS FARGO BANK** | **CHECKING** | 0402 | $150,000.00 |
| 3.2. | **WELLS FARGO BANK** | **SAVINGS** | 9791 | $4,240.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                               | $154,240.00 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:          Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| 11a. 90 days old or less: | 634,773.73 | - | 0.00 | = .... | $634,773.73 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 725,777.66 | - | 725,777.66 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $634,773.73 |
|---|

---

**Part 4:        Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:        Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **17 COMPUTERS, ASSORTED OFFICE CHAIRS & DESKS, FILE CABINET, 2 REFRIGERATORS, 2 CONFERENCE TABLES & CHAIRS (SUBJECT TO UCC-1 LIEN - SEE SCHEDULE D)** | $0.00 | N/A | $3,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **NEC SV9100 PHONE SYSTEM** | $0.00 | | $10,000.00 |
| **HP ELITE BOOK 850 G2; HP ULTRA SLIM DOCKING STATION; HP WIRLESS KEYBOARD & MOUSE; 21" HP PRODISPLAY; DATTO SP2000 HYBRID** | $0.00 | | $5,000.00 |

---

| IT Small Stack (HP / DL 360P) | $0.00 | $32,000.00 |
|---|---|---|

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                             **$50,000.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 FORD F150 (VIN ending 6547)** | $0.00 | KBB | $16,000.00 |
| 47.2.   **2017 FORD F150 (VIN ending 3727)** | $0.00 | KBB | $19,000.00 |
| 47.3.   **2006 Dodge Ram** | $0.00 | | $1,000.00 |
| 47.4.   **Debtor holds the equitable ownership in the following vehicles.  Each is subject to a PMSI with Douglas Terrill as the borrower:**<br><br>**2015 Ford F250 truck (VIN ending 8703) FMV $ 31,000.00 ; Lien in favor of Ford Motor Credit with $26,909.00 owed 2014 Mercedes E350W (VIN ending 2213) FMV $19,300.00; Lien in favor of Gateway One Lending with $21,100.00 owed)** | $0.00 | Liquidation | $4,091.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| **MISCELLANEOUS TOOLS** | $0.00 | | $2,000.00 |
| --- | --- | --- | --- |

**51.  Total of Part 8.**                                                                      $42,091.00

Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

Commercial Space located at 23027 North 15th Lane, Suite A, Phoenix, AZ 85027

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.crcontractors.com (NO VALUE)** | $0.00 | N/A | $0.00 |

| 62. | **Licenses, franchises, and royalties** |
| --- | --- |
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

**66.  Total of Part 10.**                                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $154,240.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $634,773.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $42,091.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $881,104.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $881,104.73 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ **Yes.** Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** | **CELTIC BANK/KABBAGE**
Creditor's Name

**268 SOUTH STATE STREET SUITE 300 SALT LAKE CITY, UT 84111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/17/18 & 2/26/19**
**Last 4 digits of account number**
**7244**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| **SECURED BY ALL PROPERTY OF THE ESTATE THAT IS NOT OTHERWISE ENCUMBERED** | $175,000.00 | $826,873.96 |

**Describe the lien**
**UCC-1 FINANCING STATEMENT (1ST POSITION)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | **FORD MOTOR CREDIT**
Creditor's Name

**PO BOX 105704 ATLANTA, GA 30348**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1780**
**Do multiple creditors have an interest in the same property?**

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| **2015 FORD F150 (VIN ending 6547)** | $10,515.19 | $16,000.00 |

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

�True ☐ **No**

☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **NEC FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | $9,635.00 | $10,000.00 |

Creditor's Name

**250 PEHIE AVENUE
SUITE 704
SADDLE BROOK, NJ
07663-5806**
Creditor's mailing address

**NEC SV9100 PHONE SYSTEM**

**Describe the lien**
**PMSI - DISGUISED PURCHASE AGREEMENT**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**FEBRUARY 2016**
**Last 4 digits of account number**
**4343**
**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

---

| 2.4 | **PACIFIC OFFICE AUTOMATION** | Describe debtor's property that is subject to a lien | $4,000.00 | $5,000.00 |

Creditor's Name

**1305 WEST 1ST STREET
TEMPE, AZ 85281**
Creditor's mailing address

**HP ELITE BOOK 850 G2; HP ULTRA SLIM
DOCKING STATION; HP WIRLESS
KEYBOARD & MOUSE; 21" HP PRODISPLAY;
DATTO SP2000 HYBRID**

**Describe the lien**
**PMSI - DISGUISED PURCHASE AGREEMENT**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**JULY, 2016 & April 2017**
**Last 4 digits of account number**
**3170**
**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

---

| 2.5 | **Pacific Office Automation** | Describe debtor's property that is subject to a lien | $11,080.58 | $32,000.00 |

Creditor's Name
**P.O. Box 41602
Philadelphia, PA
19101-1602**
Creditor's mailing address

**IT Small Stack (HP / DL 360P)**

**Describe the lien**
**PMSI - Disguised Purchase Agreement**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 4

|  | | |
|---|---|---|
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ☑ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ☑ No | |
| **June, 2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **5768** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ☑ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.6 **PEARL CAPITAL/PEARL DELTA FUNDING LLC** | **Describe debtor's property that is subject to a lien** | $214,098.00 | $651,873.96 |
|---|---|---|---|
| Creditor's Name | **SECURED BY ALL PROPERTY OF THE ESTATE THAT IS NOT OTHERWISE ENCUMBERED AND AFTER CONSIDERATION OF SENIOR UCC1** | | |
| **525 WASTINGTON BLVD 22ND FLOOR JERSEY CITY, NJ 07310** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **UCC-1 FINANCING STATEMENT (2ND POSITION)** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| **12/19/18** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **5959** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.7 **WELLS FARGO** | **Describe debtor's property that is subject to a lien** | $19,879.25 | $19,000.00 |
|---|---|---|---|
| Creditor's Name | **2017 FORD F150 (VIN ending 3727)** | | |
| **MAC T9017-026 PO BOX 168048 IRVING, TX 75016-8048** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **PMSI** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **0168** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $444,208.02

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila Esq.**<br>**40 Exchange Place**<br>**Suite 1306**<br>**New York, NY 10005** | Line **2.6** | |
| **SECURED LENDER SOLUTIONS LLC**<br>**PO BOX 2576**<br>**SPRINGFIELD, IL 62708** | Line **2.1** | |

Debtor name **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,500.00** | **$130,500.00** |
|---|---|---|---|---|

**ARIZONA DEPARTMENT OF REVENUE**
**TAX BANKRUPTCY & COLLECTIONS**
**2005 NORTH CENTRAL AVENUE**
**PHOENIX, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**SALES TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,324.80** |
|---|---|---|---|

**A & G Insulation Inc**
**750 WEST GALVESTON STREET**
**CHANDLER, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**A 1 Concrete Cutting LLC**
**7728 West Alexandria Way**
**Peoria, AZ 85381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02937-EPB   Doc 1   Filed 03/18/19   Entered 03/18/19 13:23:54   Desc
Main Document    Page 20 of 74

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,860.00 |
| --- | --- | --- | --- |

**ACCUTRON dba MEDICAL GAS SERVICES**
**24410 NORTH 20TH DRIVE**
**BLDG G**
**PHOENIX, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,561.60 |
| --- | --- | --- | --- |

**Ace Asphalt of Arizona Inc.**
**PO BOX 677450**
**DALLAS, TX 75267-7450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
| --- | --- | --- | --- |

**Adams Concrete Cuttin & Demolition**
**P.O. Box 10518**
**Glendale, AZ 85318**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,067.51 |
| --- | --- | --- | --- |

**Adobe Drywall LLC**
**5213 SOUTH 30TH STREET**
**SUITE B200**
**PHOENIX, AZ 85040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
| --- | --- | --- | --- |

**Affordable Fire & Safety**
**P.O. Box 2567**
**Gilbert, AZ 85299**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,599.88 |
| --- | --- | --- | --- |

**All Things Metal**
**23724 NORTH CENTRAL AVENUE**
**BLDG B**
**PHOENIX, AZ 85024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
| --- | --- | --- | --- |

**Alliance Plumbing AZ Inc.**
**2202 WESTHUNTINGTON DRIVE**
**TEMPE, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02937-EPB    Doc 1    Filed 03/18/19    Entered 03/18/19 13:23:54    Desc
Main Document    Page 21 of 74

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,802.02 |
|------|---|---|---|

**Alpine Mechanical Services**
**23027 NORTH 15TH LANE**
**SUITE C**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,281.25 |
|------|---|---|---|

**Altered Element Window Tinting**
**P.O. Box 50508**
**Phoenix, AZ 85076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,717.50 |
|------|---|---|---|

**American Fire Equipment**
**2107 West Virginia Avenue**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,756.40 |
|------|---|---|---|

**APA Industries/Beach Products Inc**
**PO BOX 14468**
**PHOENIX, AZ 85063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.71 |
|------|---|---|---|

**Architectural Door Specialists**
**3259 EAST HARBOUR DRIVE**
**SUITE 101**
**PHOENIX, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,942.43 |
|------|---|---|---|

**Arizona Glass Specialists**
**3164 SOUTH COUNTRY CLUB**
**SUITE 5**
**MESA, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,622.50 |
|------|---|---|---|

**Arizona Specialty Demolition**
**2236 West Shangri La Road**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SUBCONTRACTOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02937-EPB    Doc 1    Filed 03/18/19    Entered 03/18/19 13:23:54    Desc
Main Document    Page 22 of 74

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.50 |
|---|---|---|---|

**Blinds & Beyond By Wikler Inc**
**7400 East Pinnacle Peak Road**
**Suite 208**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,215.00 |
|---|---|---|---|

**C&W Commercial Door & Trim**
**9144 WEST CALLE LEJOS**
**PEORIA, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,420.75 |
|---|---|---|---|

**Cannon & Wendt Electrical Co**
**4020 North 16th Street**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,765.00 |
|---|---|---|---|

**Climate LLC**
**2851 West Kathleen road**
**Phoenix, AZ 85053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.20 |
|---|---|---|---|

**Cookson Door Sales of Arizona**
**705 WEST 22ND STREET**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,478.97 |
|---|---|---|---|

**Country Boys Painting LLC**
**2323 West Mescal**
**Suite 205**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.25 |
|---|---|---|---|

**Cox Communication**
**PO Box 53249**
**Phoenix, AZ 85072-3249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Dale E. Watkins Co Inc**
**125 North 61st Avenue**
**Phoenix, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBCONTRACTOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,458.48 |
|---|---|---|---|

**Desert Oasis Bookkeeping**
**4104 West South Buttte Road**
**San Tan Valley, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.30 |
|---|---|---|---|

**Desert Ridge Glass**
**3835 WEST CLARENDON AVENUE**
**PHOENIX, AZ 85019-3717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBCONTRACTOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,909.00 |
|---|---|---|---|

**Division Nine Contracting**
**4047 EAST SUPERIOR AVENUE**
**PHOENIX, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBCONTRACTOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,939.88 |
|---|---|---|---|

**DJB Enterprises Ltd**
**8902 North Central Avenue**
**Suite A**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBCONTRACTOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,085.00 |
|---|---|---|---|

**Elite Mechanical**
**2238 West Lone Cactus Drive**
**Suite 100**
**Phoenix, AZ 85037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBCONTRACTOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,580.32 |
|---|---|---|---|

**Envision Flooring LLC**
**8632 WEST MARCONI AVENUE**
**PEORIA, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBCONTRACTOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,022.00 |
|---|---|---|---|

**Fastrac Business & Hospitality Supply**
2737 West Baseline Road
Suite 21
Tempe, AZ 85283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.61 |
|---|---|---|---|

**Firetrol Protection Systems**
4360 WEST CHANDLER BLVD
SUITE 1
CHANDLER, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,410.32 |
|---|---|---|---|

**G4 Electric LLC**
7950 East Onza Avenue
Mesa, AZ 85212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,060.50 |
|---|---|---|---|

**Gale Contractor Services**
PO BOX 10490
TEMPE, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.38 |
|---|---|---|---|

**Grainger**
P.O. Box 419267
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,934.00 |
|---|---|---|---|

**Gridmen Interiors Inc**
11338 WEST ROSEWOOD DRIVE
AVONDALE, AZ 85323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230,724.84 |
|---|---|---|---|

**Hawkeye Electric**
10 SOUTH ROOSEVELT AVE
CHANDLER, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,404.57 |
|---|---|---|---|

**Home Depot Credit Services**
P.O. Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6078_

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,790.00 |
|---|---|---|---|

**Hyde Electric Inc**
1717 East Ban Buren Street
Phoenix, AZ 85006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,478.97 |
|---|---|---|---|

**IAO Steel LLC**
1127 EAST GIBSON
PHOENIX, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,241.50 |
|---|---|---|---|

**Indwell Woods Inc.**
2335 EAST JONES AVENUE
PHOENIX, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,120.40 |
|---|---|---|---|

**Integrity Electrical Services Co**
5025 SOUTH ASH AVENUE
TEMPE, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NONE - FOR INFO ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,476.97 |
|---|---|---|---|

**J&M Glass**
2025 West Deer Valley
Suite 105
Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,524.50 |
|---|---|---|---|

**Jack Reed Enterprises**
P.O. Box 144
Queen Creek, AZ 85142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|---|

**Jayco Design & Installations LLC**
8194 West Deer Valley Road
Site 106-224
Peoria, AZ 85382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,410.81 |
|---|---|---|---|

**JD Howard & Company LLC**
1540 West Happy Valley Road
Bldg E
Phoenix, AZ 85085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,399.44 |
|---|---|---|---|

**Karber Construction**
3907 East La Salle Street
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,730.01 |
|---|---|---|---|

**KDM Contracting Inc.**
219 WEST LONE CACTUS DRIVE
PHOENIX, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,972.00 |
|---|---|---|---|

**L&H Mechanical**
16561 NORTH 92ND STREET
SUITE 110
SCOTTSDALE, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.64 |
|---|---|---|---|

**Lionheart Security**
505 South 48th Street
Suite 101
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02937-EPB    Doc 1    Filed 03/18/19    Entered 03/18/19 13:23:54    Desc
Main Document    Page 27 of 74

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,055.40 |
|---|---|---|---|
| | **LJR Metals LLC**<br>**3625 North 40th Avenue**<br>**Phoenix, AZ 85019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,894.45 |
|---|---|---|---|
| | **M&P Venture Partners LLC**<br>**7215 NORTH 62ND AVENUE**<br>**GLENDALE, AZ 85301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,378.28 |
|---|---|---|---|
| | **Maplewood Cabinetry**<br>**21241 NORTH 23RD AVENUE**<br>**SUITE 9**<br>**PHOENIX, AZ 85027-2537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,750.00 |
|---|---|---|---|
| | **Mercatus International Marketing**<br>**5080 North 40th Street**<br>**Suite 248**<br>**Phoenix, AZ 85018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,070.11 |
|---|---|---|---|
| | **Metro Electric**<br>**7802 East Gray Road**<br>**Suite 200**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,428.97 |
|---|---|---|---|
| | **Metro Fire Equipment**<br>**63 SOUTH HAMILTON PLACE**<br>**GILBERT, AZ 85233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,597.00 |
|---|---|---|---|
| | **Mirasol Development LLC**<br>**1500 EAST BETHANY HOME ROAD**<br>**SUITE 200**<br>**PHOENIX, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** SUBCONTRACTOR<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,285.12 |
|---|---|---|---|

**Montelo Drywall**
**7131 WEST MISSOURI**
**GLENDALE, AZ 85303**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,103.00 |
|---|---|---|---|

**Mountain States Drapery Inc.**
**PO BOX 1520**
**BLACK CANYON CITY, AZ 85324-1520**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,326.35 |
|---|---|---|---|

**Moya Painting**
**1440 WEST HOUSTON AVENUE**
**SUITE 5**
**GILBERT, AZ 85233**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,725.42 |
|---|---|---|---|

**Murphy Cordler PLC**
**2025 North 3rd Street**
**Suite 200**
**Phoenix, AZ 85004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,681.34 |
|---|---|---|---|

**New Western LLC**
**7909 West Glendale Avenue**
**Glendale, AZ 85303**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**North American Security Brokers**
**9558 West Bent Tree Drive**
**Peoria, AZ 85383**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.00 |
|---|---|---|---|

**Northwest Floor and Wall**
**8661 North 79th Avenue**
**Peoria, AZ 85345**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:19-bk-02937-EPB    Doc 1    Filed 03/18/19    Entered 03/18/19 13:23:54    Desc
Main Document    Page 29 of 74

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,206.78 |
|---|---|---|---|

**OES Equipment - Calif**
**37421 Centralmont Place**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Omega Test & Balance LLC**
**2032 West Lone Cactus Drive**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.40 |
|---|---|---|---|

**One Hour Messenger**
**2915 East Linda Lane**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.00 |
|---|---|---|---|

**Partitions & Accessories Co**
**1220 SOUTH PASADENA**
**MESA, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |
|---|---|---|---|

**Perfromance HVAC Solutions LLC**
**13954 West Waddell Road**
**Suite 103 Box223**
**Surprise, AZ 85379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,535.65 |
|---|---|---|---|

**Phoenix Pipelines**
**3401 East Illini Street**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,059.60 |
|---|---|---|---|

**Premier Demolition**
**7535 NORTH 63RD AVENUE**
**GLENDALE, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,604.74** |
| | **Progressive Commerical Interiors** | ☐ Contingent | |
| | **1206 NORTH STADEM** | ☐ Unliquidated | |
| | **TEMPE, AZ 85281** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: SUBCONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,219.71** |
| | **Progressive Roofing** | ☐ Contingent | |
| | **23 North 35th Avenue** | ☐ Unliquidated | |
| | **Phoenix, AZ 85009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: SUBCONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,265.02** |
| | **Quality Floors** | ☐ Contingent | |
| | **352 EAST CAMELBACK ROAD** | ☐ Unliquidated | |
| | **SUITE 200** | ☐ Disputed | |
| | **PHOENIX, AZ 85012** | | |
| | Date(s) debt was incurred _ | **Basis for the claim: SUBCONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128.35** |
| | **Quill Corporation** | ☐ Contingent | |
| | **P.O. Box 37600** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-0600** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,917.13** |
| | **RCI Systems Inc** | ☐ Contingent | |
| | **1220 WEST GENEVA DRIVE** | ☐ Unliquidated | |
| | **TEMPE, AZ 85282** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: SUBCONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$890.00** |
| | **Reiter's Custom Welding Inc** | ☐ Contingent | |
| | **5815 West McLellan Road** | ☐ Unliquidated | |
| | **Glendale, AZ 85301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: SUBCONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,314.50** |
| | **ReSource Arizona LLC** | ☐ Contingent | |
| | **4140 North 44th Street** | ☐ Unliquidated | |
| | **Suite 100** | ☐ Disputed | |
| | **Phoenix, AZ 85018** | | |
| | Date(s) debt was incurred _ | **Basis for the claim: SUBCONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.40 |
|---|---|---|---|

**Rhino Masonry Inc**
**722 WEST MCLELLAN ROAD**
**NESA, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,772.25 |
|---|---|---|---|

**Ryan Mechanical**
**1325 NORTH MONDEL DRIVE**
**GILBERT, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,032.10 |
|---|---|---|---|

**Siera Glass Company Inc**
**1141 West Grant Street**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,455.20 |
|---|---|---|---|

**Sierra Fire & Communications**
**11056 NORTH 23RD DRIVE**
**PHOENIX, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,609.28 |
|---|---|---|---|

**Signal One**
**6100 South Maple Avenue**
**Suite 118-119**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,629.53 |
|---|---|---|---|

**Skinner Interior Systems**
**10037 NORTH 12TH STREET**
**PHOENIX, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.00 |
|---|---|---|---|

**Specialty Roofing**
**8200 North 75th Avenue**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBCONTRACTOR__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,708.75** |

**Spencers TV & Appliance**
**7345 West Bell Road**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628.26** |

**Standard Textile Inc**
**P.O. Box 630302**
**Cincinnati, OH 45263-0302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.30** |

**Star Roofing Inc**
**9201 North 9th Avenue**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,421.18** |

**Sunstate Plumbing**
**7103 WEST AUGUSTA AVENUE**
**GLENDALE, AZ 85303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,013.40** |

**Susies Fence Inc**
**P.O. Box 6326**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Techniquex Specialty Flooring Inc**
**c/o Brian Roteliuk Esq**
**20 East Thomas Road #2200**
**Phoenix, AZ 85012**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **disputed claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,376.60** |

**Tecta America Arizona**
**1824 WEST BROADWAY ROAD**
**PHOENIX, AZ 85041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SUBCONTRACTOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,655.00 |
|---|---|---|---|

**The Shannon S Martin Company**
PO BOX 44144
PHOENIX, AZ 85064-4144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,680.30 |
|---|---|---|---|

**Thistle Doors**
18251 North 116th Drive
Surprise, AZ 85378

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Trojan Fire Protection LLC**
9538 West Butler
Peoria, AZ 85345

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Trojan Pest Control & Home Services LLC**
3720 West Echo Lane
Phoenix, AZ 85051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,060.50 |
|---|---|---|---|

**Tru Team Gale Contractor Services**
P.O. Box 10490
Tempe, AZ 85284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,941.68 |
|---|---|---|---|

**Twin City Hardware**
5670 SOUTH 40TH STREET
PHOENIX, AZ 85040

Date(s) debt was incurred _

Last 4 digits of account number __5778__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,045.10 |
|---|---|---|---|

**Vertex Group LLC**
657 WEST 1ST PLACE
MESA, AZ 85201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,704.49 |
|---|---|---|---|

**Wells Fargo**
**PO Box 29482**
**Phoenix, AZ 85038-8655**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,733.40 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 29482**
**Phoenix, AZ 85038**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,294.68 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 29482**
**Phoenix, AZ 85038**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,376.43 |
|---|---|---|---|

**Western Fence Co Inc.**
**PO BOX 5403**
**PHOENIX, AZ 85010**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,283.92 |
|---|---|---|---|

**Williams Scotsman**
**901 South Bond Street**
**Suite 600**
**Baltimore, MD 21213-3357**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUBCONTRACTOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3839 llc**<br>**c/o Nelson Mixon Esq**<br>**2 North Central Avenue #1760**<br>**Phoenix, AZ 85004** | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ace Asphalt of Arizona Inc** | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.3** **Adobe Drywall LLC** c/o Matthew Klopp Esq 3003 North Central Avenue #1000 Phoenix, AZ 85012-2814 | Line **3.37** ☐ Not listed. Explain ____ | _ |
| **4.4** **Adobe Paint LLC** c/o Rick Carter Esq 3003 North Central Avenue, #1000 Phoenix, AZ 85012-2814 | Line **3.6** ☐ Not listed. Explain ____ | _ |
| **4.5** **AFFORDABLE FIRE & SAFETY** PO BOX 2567 SCOTTSDALE, AZ 85299 | Line **3.7** ☐ Not listed. Explain ____ | _ |
| **4.6** **Agrimed** c/o DT Arizona Real Estate LLC 2253 Fargo Blvd Geneva, IL 60134 | Line **3.37** ☐ Not listed. Explain ____ | _ |
| **4.7** **Alpine Mechanical & Service Inc** c/o Steven Beeghley Esq. 4250 North Drinkwater Blvd, 4th Floor Scottsdale, AZ 85251-3693 | Line **3.37** ☐ Not listed. Explain ____ | _ |
| **4.8** **Beach Products Inc** 3626 North 36th Avenue Phoenix, AZ 85019 | Line **3.13** ☐ Not listed. Explain ____ | _ |
| **4.9** **C & W Commercial Door & Trim LLC** 21 West Topeka Drive Phoenix, AZ 85027 | Line **3.18** ☐ Not listed. Explain ____ | _ |
| **4.10** **Canadian American Agrentinian Enterprise** c/o Victoria Ames Esq 6424 East Greenway Parkway #383 Scottsdale, AZ 85254-2045 | Line **3.6** ☐ Not listed. Explain ____ | _ |
| **4.11** **DT Arizona Real Estate LLC** c/o Barry Willits Esq 2 North Central Avenue, #1760 Phoenix, AZ 85004-1032 | Line **3.37** ☐ Not listed. Explain ____ | _ |
| **4.12** **Empire Metal Products  Inc** 2007 West Mountain View Road Phoenix, AZ 85021 | Line **3.37** ☐ Not listed. Explain ____ | _ |
| **4.13** **Envision Flooring LLC** 21241 North 23rd Avenue Suite 5 Phoenix, AZ 85027 | Line **3.30** ☐ Not listed. Explain ____ | _ |
| **4.14** **James Bache Esq** 1811 South Alma School Road Suite 210 Mesa, AZ 85210-3004 | Line **3.37** ☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.15 | **KDM Contracting Inc** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.16 | **Marisol Development LLC** <br> **c/o Warren Stapleton Esq** <br> **2929 North Central Avenue #2100** <br> **Phoenix, AZ 85012-2765** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.17 | **McCain Construction LLC** <br> **3120 West Carefree Highway** <br> **Suite 1-690** <br> **Phoenix, AZ 85086** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.18 | **Omega Test & Balance LLC** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.19 | **Orange Coast Tile Company** <br> **1551 North Tustin Avenue** <br> **Suite300** <br> **Santa Ana, CA 92705** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.20 | **Pablo Prichard** <br> **c/o Victoria Ames** <br> **6424 East Greenway Parkway #383** <br> **Scottsdale, AZ 85254** | Line **3.6** <br> ☐ Not listed. Explain ____ | _ |
| 4.21 | **Pla2win LLC** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.22 | **Rick Carter Esq** <br> **3003 North Central Avenue** <br> **Suite 1000** <br> **Phoenix, AZ 85012-2814** | Line **3.6** <br> ☐ Not listed. Explain ____ | _ |
| 4.23 | **Techniquex** <br> **9035 East Pima Center Parkway** <br> **Suite 7** <br> **Scottsdale, AZ 85258** | Line **3.92** <br> ☐ Not listed. Explain ____ | _ |
| 4.24 | **Techniquex Specialty Flooring Inc.** <br> **c/o Rick Carter Esq.** <br> **3003 North Central Avenue, #1000** <br> **Phoenix, AZ 85012** | Line **3.6** <br> ☐ Not listed. Explain ____ | _ |
| 4.25 | **Theme Tech Corp** <br> **4045 West Fairmount Avenue** <br> **Phoenix, AZ 85019** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.26 | **Vershalee Shukla** <br> **c/o Victoria Ames Esq** <br> **6424 East Greenway Parkway #383** <br> **Scottsdale, AZ 85254** | Line **3.6** <br> ☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.27 | **Vincere Cancer Center** c/o Victoria Ames Esq 6424 East Greenway Parkway #383 Scottsdale, AZ 85254 | Line **3.6** ☐ Not listed. Explain ____ | _ |
| 4.28 | **Vincere Cancer LLC** c/o Victoria Ames Esq. 6424 East Greenway Parkway, #383 Scottsdale, AZ 85254 | Line **3.6** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 130,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,694,237.78 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,824,737.78 |

Fill in this information to identify the case:

Debtor name   **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **BUMCP Cafeteria Refresh - Project 18015** | |
| | State the term remaining | **70% Completed** | **Banner Health**<br>**Greg Borden**<br>**1111 East McDowell Road**<br>**Phoenix, AZ 85006** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **BUMCP Endo Scheduling - Project 18025** | |
| | State the term remaining | **70% completed** | **Banner Health**<br>**Greg Borden**<br>**1111 East McDowell Road**<br>**Phoenix, AZ 85006** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Project 18029** | |
| | State the term remaining | **60% Completed** | **Bloom Reproductive Institute PLLC**<br>**8415 North Pima Road**<br>**Suite 290**<br>**Scottsdale, AZ 85258** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL REAL PROPERTY LEASE** | |
| | State the term remaining | **2 YEARS** | **CRCC ENTERPRISES LLC**<br>**23027 NORTH 15TH LANE**<br>**SUITE A**<br>**PHOENIX, AZ 85027** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Hu Hu Kam Gilla River Healthcare - Project 18036** | |
|---|---|---|---|
| | State the term remaining | **50% Completed** | **Gilve River Healthcare**<br>**483 West Seed Farm Road**<br>**Sacaton, AZ 85147** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Deer Valley Water Treatment Plan GMP-3 Project 18023** | |
|---|---|---|---|
| | State the term remaining | **5% Completed** | **JR Filanc Construction Company Inc**<br>**3030 West Dunlap**<br>**Phoenix, AZ 85051** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Konica Minolta C659 - 48 month lease starting Jan, 2019** | |
|---|---|---|---|
| | State the term remaining | **45 months** | **Pacific Office Automation**<br>**1305 WEST 1ST STREET**<br>**TEMPE, AZ 85281** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **HP PageWide XL 4000 MDP printer - 48 month lease starting May, 2018** | |
|---|---|---|---|
| | State the term remaining | **37 months** | **Pacific Office Automation**<br>**1305 WEST 1ST STREET**<br>**TEMPE, AZ 85281** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment service contract** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **Pacific Office Automation**<br>**4501 East McDowell Road**<br>**Phoenix, AZ 85008** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **PVMOB 18-300 - Project 18035** | |
|---|---|---|---|
| | State the term remaining | **20% Completed** | **Palo Verde East Valley Real Estate LLC**<br>**13555 West McDowell Road**<br>**Suite 302**<br>**Goodyear, AZ 85395** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Gardens of Sun City - Project 18018** | |
|---|---|---|---|
| | State the term remaining | **2% Completed** | **SNH SE Tenant TRS Inc c/o Five Star Quality Inc 400 Center Street Newton, MA 02458** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Project 17017** | |
|---|---|---|---|
| | State the term remaining | **99% Completed** | **Vincere Cancer Center 7469 East Monte Cristo Avenue Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Douglas Terrill** | **1702 West Sequioa**<br>**Phoenix, AZ 85027** | **CELTIC BANK/KABBAGE** | ■ D   **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Douglas Terrill** | | **PEARL CAPITAL/PEARL DELTA FUNDING LLC** | ■ D   **2.6**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Douglas Terrill** | | **Wells Fargo** | ☐ D ____<br>■ E/F   **3.101**<br>☐ G ____ |
| 2.4 | **Lloyd Ball** | **8961 West Lone Cactus**<br>**Peoria, AZ 85382** | **Wells Fargo** | ☐ D ____<br>■ E/F   **3.101**<br>☐ G ____ |
| 2.5 | **Lloyd Ball** | | **Wells Fargo** | ☐ D ____<br>■ E/F   **3.102**<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.6 | **Lloyd Ball** | | **Wells Fargo** | ☐ D _____<br>■ E/F __3.103__<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Michael Rauschenberger** | 28803 North 68th Drive<br>Peoria, AZ 85383 | **PEARL CAPITAL/PEARL DELTA FUNDING LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Debtor name **CR COMMERCIAL CONTRACTORS, INC.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$110,825.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$9,032,827.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$9,614,094.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case 2:19-bk-02937-EPB   Doc 1   Filed 03/18/19   Entered 03/18/19 13:23:54   Desc
Main Document      Page 44 of 74

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Architectural Door Specialists**<br>**3259 EAST HARBOUR DRIVE**<br>**SUITE 101**<br>**PHOENIX, AZ 85034** | **OVER PAST<br>90 DAYS** | **$23,417.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Alpine Mechanical & Services**<br>**23027 NORTH 15TH LANE**<br>**SUITE C**<br>**PHOENIX, AZ 85027** | **OVER PAST<br>90 DAYS** | **$27,667.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Gale Contractor Services**<br>**PO BOX 10490**<br>**TEMPE, AZ 85284** | **OVER PAST<br>90 DAYS** | **$24,917.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Gridmen Interiors Inc**<br>**11338 WEST ROSEWOOD DRIVE**<br>**AVONDALE, AZ 85323** | **OVER PAST<br>90 DAYS** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Progressive Commercial Interior**<br>**1206 NORTH STADEM**<br>**TEMPE, AZ 85281** | **OVER PAST<br>90 DAYS** | **$10,421.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Maplewood Cabinetry**<br>**21241 NORTH 23RD AVENUE**<br>**SUITE 9**<br>**PHOENIX, AZ 85027-2537** | **OVER PAST<br>90 DAYS** | **$77,324.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **ReSource Arizona LLC**<br>**PO BOX 639**<br>**MANHATTAN, KS 66505-0639** | **OVER PAST<br>90 DAYS** | **$23,625.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Moya Painting**<br>**1440 WEST HOUSTON AVENUE**<br>**SUITE 5**<br>**GILBERT, AZ 85233** | **OVER PAST<br>90 DAYS** | **$11,474.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Sunstate Plumbing inc** <br> **7103 WEST AUGUSTA AVENUE** <br> **GLENDALE, AZ 85303** | **OVER PAST 90 DAYS** | **$34,220.88** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.10. **Montelo Drywall LLC** <br> **7131 WEST MISSOURI** <br> **GLENDALE, AZ 85303** | **OVER PAST 90 DAYS** | **$16,282.28** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.11. **Quality Floorcoverings Inc** <br> **352 EAST CAMELBACK ROAD** <br> **SUITE 200** <br> **PHOENIX, AZ 85012** | **OVER PAST 90 DAYS** | **$57,842.10** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.12. **Ryan Mechanical Co Inc.** <br> **1325 NORTH MONDEL DRIVE** <br> **GILBERT, AZ 85233** | **OVER PAST 90 DAYS** | **$12,933.81** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.13. **Integrity Electrical Services Comp** <br> **5025 SOUTH ASH AVENUE** <br> **TEMPE, AZ 85282** | **OVER PAST 90 DAYS** | **$128,402.05** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.14. **Skinner Interior Systems Inc** <br> **10037 NORTH 12TH STREET** <br> **PHOENIX, AZ 85020** | **OVER PAST 90 DAYS** | **$8,842.50** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.15. **Metro Fire Equpment Inc.** <br> **63 SOUTH HAMILTON PLACE** <br> **GILBERT, AZ 85233** | **OVER PAST 90 DAYS** | **$13,685.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.16. **L&H Mechanical** <br> **16561 NORTH 92ND STREET** <br> **SUITE 110** <br> **SCOTTSDALE, AZ 85260** | **OVER PAST 90 DAYS** | **$12,924.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Envision Flooring LLC**<br>**8632 WEST MARCONI AVENUE**<br>**PEORIA, AZ 85382** | **OVER PAST 90 DAYS** | $40,131.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. **Pacific One Automation**<br>**14747 NW GREENBRIER PKWY**<br>**BEAVERTON, OR 97006** | **OVER PAST 90 DAYS** | $8,148.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **SECURED PMSI LOANS & TRUE LEASES** |
| 3.19. **Ace Asphalt of Arizona Inc**<br>**PO Box 677450**<br>**Dallas, TX 75267** | Over past 90 days | $47,979.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.20. **ADP Small Business Services** | Over past 90 days | $29,943.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll service** |
| 3.21. **Affordable Fire & Safety**<br>**PO Box 2567**<br>**Gilbert, AZ 85299** | Over past 90 days | $12,759.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.22. **Alta Vista Masonry** | Over past 90 days | $6,739.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.23. **Arizona Department of Revenue**<br>**2005 North Central Avenue**<br>**Phoenix, AZ 85004** | Over past 90 days | $36,994.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.24. **CRCC Enterprises LLC**<br>**23027 NORTH 15TH LANE**<br>**Suite A**<br>**Phoenix, AZ 85027** | Over past 90 days | $13,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial Space Rent** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **FanAir Company** | **Over past 90 days** | **$7,025.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. **G4 Electric LLC**<br>**7950 East Onza Avenue**<br>**Mesa, AZ 85212** | **Over past 90 days** | **$34,109.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. **Humana Insurance Company** | **Over past 90 days** | **$9,004.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Premiums___ |
| 3.28. **Industrial Power Solutions LLC** | **Over past 90 days** | **$19,372.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. **Jack Reed Enterprises, LLC**<br>**PO Box 144**<br>**Queen Creek, AZ 85142** | **Over past 90 days** | **$14,184.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. **K-10 Framing** | **Over past 90 days** | **$14,954.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. **Kabbage Inc**<br>**268 South State 54**<br>**Suite 300**<br>**Salt Lake City, UT 84111** | **Over past 90 days** | **$59,456.75** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **KCI Doors & Hardware LLC**<br>**3126 North 30th Avenue**<br>**Phoenix, AZ 85017** | **Over past 90 days** | **$8,164.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **Labor Max** | **Over past 90 days** | **$8,765.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.34. **Maricopa County** | **Over past 90 days** | **$10,706.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.35. **Metro Electric LLC**<br>**7802 East Gray Road**<br>**Suite 200**<br>**Scottsdale, AZ 85260** | **Over past 90 days** | **$46,596.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.36. **Murphy Cordier PLC** | **Over past 90 days** | **$11,894.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.37. **Northwest Floor & Wall** | **Over past 90 days** | **$12,637.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.38. **Pearl Capital Business Funding**<br>**525 Washington Blvd**<br>**22nd Floor**<br>**Jersey City, NJ 07310** | **Over past 90 days** | **$113,145.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.39. **Phoenix Pipeline** | **Over past 90 days** | **$76,820.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.40. **Phoenix Scaffolding** | **Over past 90 days** | **$27,127.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41. **RJC Builders** | **Over past 90 days** | $29,868.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.42. **Swift Financial**<br>**3505 Silverside Road**<br>**Wilmington, DE 19810** | **Over past 90 days** | $33,438.82 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.43. **The Cincinnati Insurance Co** | **Over past 90 days** | $7,455.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Premiums__ |
| 3.44. **WesTec Mechanical LLC** | **Over past 90 days** | $13,261.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **TECHNIQUEX SPECIALTY FLOOTING INC. v. CANADIAN AMERICNA ARGENTINIAN ENTERPRISES, LLC ET AL** CV2018-012488 | **BREACH OF CONTRACT** | **SUPERIOR COURT, MARICOPA COUNTY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **ADOBE DRYWALL, LLC ET AL v. CANADIAN AMERICAN ARGENTINIAN ENTERPRISES, LLC ET AL** CV2018-010058 | **BREACH OF CONTRACT** | **SUPERIOR COURT, MARICOPA COUNTY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **HAWKEYE ELECTRIC INC., v. CR COMMERICAL CONTRACTORS INC., ET AL** CV2017-096256 | **BREACH OF CONTRACT** | **SUPERIOR COURT, MARICOPA COUNTY** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **PHOENIX CHILDREN'S HOSPITAL TOYS FOR TOTS** | **VARIOUS TOYS** | **OVER PAST YEAR** | **$700.00** |
| **Recipients relationship to debtor** **NONE** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ALLAN D NEWDELMAN PC 80 EAST COLUMBUS AVENUE PHOENIX, AZ 85012** | | **March, 2019** | **$15,000.00** |
| | Email or website address **anewdelman@adnlaw.net** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **CR COMMERCIAL CONTRACTORS INC** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DOUGLAS TERRILL** | **1702 WEST SEQUOIA PHOENIX, AZ 85027** | **CHEIF OPERATING OFFICER AND SHAREHOLDER** | **46%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LLOYD BALL** | **8961 WEST LONE CACTUS PEORIA, AZ 85382** | **SHAREHOLDER** | **2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JANE MOORE** | **6503 West Roy Rodgers Road Phoenix, AZ 85083** | **SECRETARY/TREASURER AND SHAREHOLDER** | **5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MICHAEL RAUSCHENBERGER** | **28803 NORTH 68TH DRIVE PEORIA, AZ 85383** | **PRESIDENT, CEO AND SHAREHOLDER** | **47%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **JANE MOORE** | **$7,468.00 - draws**<br>**$62,153.78 - wages** | **OVER PAST 12 MONTHS** | **Draws and Wages** |
| | Relationship to debtor<br>**SECRETARY/TREASURER/SHAREHOLDER** | | | |
| 30.2. | **Michael Rauschenberger** | **$26,660.07 - draws**<br>**$90,000.04 - wages** | **OVER THE PAST 12 MONTHS** | **Draws and Wages** |
| | Relationship to debtor<br>**PRESIDENT, CEO AND SHAREHOLDER** | | | |
| 30.3. | **DOUGLAS TERRILL** | **$26,660.07 - draws**<br>**$90,000.00 - wages** | **OVER THE PAST 12 MONTHS** | **Draws and Wages** |
| | Relationship to debtor<br>**CHIEF OPERATING OFFICER AND SHAREHOLDER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 14, 2019**

**/s/ DOUGLAS R. TERRILL**      **DOUGLAS R. TERRILL**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CHIEF OPERATING OFFICER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
□ Yes

# United States Bankruptcy Court
## District of Arizona

In re   **CR COMMERCIAL CONTRACTORS, INC.**      Case No. _____

         Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Douglas Terrill**<br>**1702 West Sequoia Drive**<br>**Phoenix, AZ 85027** | | | **46% Shareholder** |
| **Jane Moore**<br>**6503 West Roy Rodgers Road**<br>**Phoenix, AZ 85083** | | | **5% Shareholder** |
| **Lloyd Ball**<br>**8961 West Lone Cactus**<br>**Peoria, AZ 85382** | | | **2% Shareholder** |
| **Michael Raushenberger**<br>**28803 North 68th Drive**<br>**Peoria, AZ 85383** | | | **47% shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **CHIEF OPERATING OFFICER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 14, 2019** _____      Signature   **/s/ DOUGLAS R. TERRILL**

                                                            **DOUGLAS R. TERRILL**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **CR COMMERCIAL CONTRACTORS, INC.** _____    Case No. _____

                                                        Debtor(s)    Chapter    **11** _____

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

       I, the CHIEF OPERATING OFFICER of the corporation named as the debtor in this case, do hereby certify, under penalty of

perjury, that the Master Mailing List, consisting of   **15**   sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **March 14, 2019** _____      **/s/ DOUGLAS R. TERRILL** _____

                                                  **DOUGLAS R. TERRILL/CHIEF OPERATING OFFICER**
                                                  Signer/Title

Date:   **March 14, 2019** _____      **/s/ Allan D. NewDelman** _____

                                                  Signature of Attorney
                                                  **Allan D. NewDelman 004066**
                                                  **ALLAN D. NEWDELMAN, P.C.**
                                                  **80 EAST COLUMBUS AVENUE**
                                                  **PHOENIX, AZ 85012**
                                                  **602-264-4550   Fax: 602-277-0144**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

CR COMMERCIAL CONTRACTORS, INC. -

3839 LLC
C/O NELSON MIXON ESQ
2 NORTH CENTRAL AVENUE #1760
PHOENIX AZ 85004


A & G INSULATION INC
750 WEST GALVESTON STREET
CHANDLER AZ 85225


A 1 CONCRETE CUTTING LLC
7728 WEST ALEXANDRIA WAY
PEORIA AZ 85381


ACCUTRON DBA MEDICAL GAS SERVICES
24410 NORTH 20TH DRIVE
BLDG G
PHOENIX AZ 85027


ACE ASPHALT OF ARIZONA INC


ACE ASPHALT OF ARIZONA INC.
PO BOX 677450
DALLAS TX 75267-7450


ADAMS CONCRETE CUTTIN & DEMOLITION
P.O. BOX 10518
GLENDALE AZ 85318


ADOBE DRYWALL LLC
5213 SOUTH 30TH STREET
SUITE B200
PHOENIX AZ 85040


ADOBE DRYWALL LLC
C/O MATTHEW KLOPP ESQ
3003 NORTH CENTRAL AVENUE #1000
PHOENIX AZ 85012-2814


ADOBE PAINT LLC
C/O RICK CARTER ESQ
3003 NORTH CENTRAL AVENUE, #1000
PHOENIX AZ 85012-2814

CR COMMERCIAL CONTRACTORS, INC. -


AFFORDABLE FIRE & SAFETY
P.O. BOX 2567
GILBERT AZ 85299


AFFORDABLE FIRE & SAFETY
PO BOX 2567
SCOTTSDALE AZ 85299


AGRIMED
C/O DT ARIZONA REAL ESTATE LLC
2253 FARGO BLVD
GENEVA IL 60134


ALL THINGS METAL
23724 NORTH CENTRAL AVENUE
BLDG B
PHOENIX AZ 85024


ALLIANCE PLUMBING AZ INC.
2202 WESTHUNTINGTON DRIVE
TEMPE AZ 85282


ALPINE MECHANICAL & SERVICE INC
C/O STEVEN BEEGHLEY ESQ.
4250 NORTH DRINKWATER BLVD, 4TH FLOOR
SCOTTSDALE AZ 85251-3693


ALPINE MECHANICAL SERVICES
23027 NORTH 15TH LANE
SUITE C
PHOENIX AZ 85027


ALTERED ELEMENT WINDOW TINTING
P.O. BOX 50508
PHOENIX AZ 85076


AMERICAN FIRE EQUIPMENT
2107 WEST VIRGINIA AVENUE
PHOENIX AZ 85009


APA INDUSTRIES/BEACH PRODUCTS INC
PO BOX 14468
PHOENIX AZ 85063

CR COMMERCIAL CONTRACTORS, INC. -


ARCHITECTURAL DOOR SPECIALISTS
3259 EAST HARBOUR DRIVE
SUITE 101
PHOENIX AZ 85034


ARIEL BOUSKILA ESQ.
40 EXCHANGE PLACE
SUITE 1306
NEW YORK NY 10005


ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY & COLLECTIONS
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004


ARIZONA GLASS SPECIALISTS
3164 SOUTH COUNTRY CLUB
SUITE 5
MESA AZ 85210


ARIZONA SPECIALTY DEMOLITION
2236 WEST SHANGRI LA ROAD
PHOENIX AZ 85029


BANNER HEALTH
GREG BORDEN
1111 EAST MCDOWELL ROAD
PHOENIX AZ 85006


BEACH PRODUCTS INC
3626 NORTH 36TH AVENUE
PHOENIX AZ 85019


BLINDS & BEYOND BY WIKLER INC
7400 EAST PINNACLE PEAK ROAD
SUITE 208
SCOTTSDALE AZ 85255


BLOOM REPRODUCTIVE INSTITUTE PLLC
8415 NORTH PIMA ROAD
SUITE 290
SCOTTSDALE AZ 85258


C & W COMMERCIAL DOOR & TRIM LLC
21 WEST TOPEKA DRIVE
PHOENIX AZ 85027

CR COMMERCIAL CONTRACTORS, INC. -


C&W COMMERCIAL DOOR & TRIM
9144 WEST CALLE LEJOS
PEORIA AZ 85383


CANADIAN AMERICAN AGRENTINIAN ENTERPRISE
C/O VICTORIA AMES ESQ
6424 EAST GREENWAY PARKWAY #383
SCOTTSDALE AZ 85254-2045


CANNON & WENDT ELECTRICAL CO
4020 NORTH 16TH STREET
PHOENIX AZ 85016


CELTIC BANK/KABBAGE
268 SOUTH STATE STREET
SUITE 300
SALT LAKE CITY UT 84111


CLIMATE LLC
2851 WEST KATHLEEN ROAD
PHOENIX AZ 85053


COOKSON DOOR SALES OF ARIZONA
705 WEST 22ND STREET
TEMPE AZ 85282


COUNTRY BOYS PAINTING LLC
2323 WEST MESCAL
SUITE 205
PHOENIX AZ 85029


COX COMMUNICATION
PO BOX 53249
PHOENIX AZ 85072-3249


CRCC ENTERPRISES LLC
23027 NORTH 15TH LANE
SUITE A
PHOENIX AZ 85027


DALE E. WATKINS CO INC
125 NORTH 61ST AVENUE
PHOENIX AZ 85043

CR COMMERCIAL CONTRACTORS, INC. -


DESERT OASIS BOOKKEEPING
4104 WEST SOUTH BUTTTE ROAD
SAN TAN VALLEY AZ 85142


DESERT RIDGE GLASS
3835 WEST CLARENDON AVENUE
PHOENIX AZ 85019-3717


DIVISION NINE CONTRACTING
4047 EAST SUPERIOR AVENUE
PHOENIX AZ 85040


DJB ENTERPRISES LTD
8902 NORTH CENTRAL AVENUE
SUITE A
PHOENIX AZ 85020


DT ARIZONA REAL ESTATE LLC
C/O BARRY WILLITS ESQ
2 NORTH CENTRAL AVENUE, #1760
PHOENIX AZ 85004-1032


ELITE MECHANICAL
2238 WEST LONE CACTUS DRIVE
SUITE 100
PHOENIX AZ 85037


EMPIRE METAL PRODUCTS  INC
2007 WEST MOUNTAIN VIEW ROAD
PHOENIX AZ 85021


ENVISION FLOORING LLC
8632 WEST MARCONI AVENUE
PEORIA AZ 85382


ENVISION FLOORING LLC
21241 NORTH 23RD AVENUE
SUITE 5
PHOENIX AZ 85027


FASTRAC BUSINESS & HOSPITALITY SUPPLY
2737 WEST BASELINE ROAD
SUITE 21
TEMPE AZ 85283

CR COMMERCIAL CONTRACTORS, INC. -

FIRETROL PROTECTION SYSTEMS
4360 WEST CHANDLER BLVD
SUITE 1
CHANDLER AZ 85226

FORD MOTOR CREDIT
PO BOX 105704
ATLANTA GA 30348

G4 ELECTRIC LLC
7950 EAST ONZA AVENUE
MESA AZ 85212

GALE CONTRACTOR SERVICES
PO BOX 10490
TEMPE AZ 85284

GILVE RIVER HEALTHCARE
483 WEST SEED FARM ROAD
SACATON AZ 85147

GRAINGER
P.O. BOX 419267
KANSAS CITY MO 64141-6267

GRIDMEN INTERIORS INC
11338 WEST ROSEWOOD DRIVE
AVONDALE AZ 85323

HAWKEYE ELECTRIC
10 SOUTH ROOSEVELT AVE
CHANDLER AZ 85226

HOME DEPOT CREDIT SERVICES
P.O. BOX 9001030
LOUISVILLE KY 40290-1030

HYDE ELECTRIC INC
1717 EAST BAN BUREN STREET
PHOENIX AZ 85006

IAO STEEL LLC
1127 EAST GIBSON
PHOENIX AZ 85034

CR COMMERCIAL CONTRACTORS, INC. -


INDWELL WOODS INC.
2335 EAST JONES AVENUE
PHOENIX AZ 85040


INTEGRITY ELECTRICAL SERVICES CO
5025 SOUTH ASH AVENUE
TEMPE AZ 85282


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


J&M GLASS
2025 WEST DEER VALLEY
SUITE 105
PHOENIX AZ 85027


JACK REED ENTERPRISES
P.O. BOX 144
QUEEN CREEK AZ 85142


JAMES BACHE ESQ
1811 SOUTH ALMA SCHOOL ROAD
SUITE 210
MESA AZ 85210-3004


JAYCO DESIGN & INSTALLATIONS LLC
8194 WEST DEER VALLEY ROAD
SITE 106-224
PEORIA AZ 85382


JD HOWARD & COMPANY LLC
1540 WEST HAPPY VALLEY ROAD
BLDG E
PHOENIX AZ 85085


JR FILANC CONSTRUCTION COMPANY INC
3030 WEST DUNLAP
PHOENIX AZ 85051


KARBER CONSTRUCTION
3907 EAST LA SALLE STREET
PHOENIX AZ 85040

CR COMMERCIAL CONTRACTORS, INC. -

KDM CONTRACTING INC

KDM CONTRACTING INC.
219 WEST LONE CACTUS DRIVE
PHOENIX AZ 85027

L&H MECHANICAL
16561 NORTH 92ND STREET
SUITE 110
SCOTTSDALE AZ 85260

LIONHEART SECURITY
505 SOUTH 48TH STREET
SUITE 101
TEMPE AZ 85281

LJR METALS LLC
3625 NORTH 40TH AVENUE
PHOENIX AZ 85019

LLOYD BALL
8961 WEST LONE CACTUS
PEORIA AZ 85382

M&P VENTURE PARTNERS LLC
7215 NORTH 62ND AVENUE
GLENDALE AZ 85301

MAPLEWOOD CABINETRY
21241 NORTH 23RD AVENUE
SUITE 9
PHOENIX AZ 85027-2537

MARISOL DEVELOPMENT LLC
C/O WARREN STAPLETON ESQ
2929 NORTH CENTRAL AVENUE #2100
PHOENIX AZ 85012-2765

MCCAIN CONSTRUCTION LLC
3120 WEST CAREFREE HIGHWAY
SUITE 1-690
PHOENIX AZ 85086

CR COMMERCIAL CONTRACTORS, INC. -

MERCATUS INTERNATIONAL MARKETING
5080 NORTH 40TH STREET
SUITE 248
PHOENIX AZ 85018

METRO ELECTRIC
7802 EAST GRAY ROAD
SUITE 200
SCOTTSDALE AZ 85260

METRO FIRE EQUIPMENT
63 SOUTH HAMILTON PLACE
GILBERT AZ 85233

MIRASOL DEVELOPMENT LLC
1500 EAST BETHANY HOME ROAD
SUITE 200
PHOENIX AZ 85014

MONTELO DRYWALL
7131 WEST MISSOURI
GLENDALE AZ 85303

MOUNTAIN STATES DRAPERY INC.
PO BOX 1520
BLACK CANYON CITY AZ 85324-1520

MOYA PAINTING
1440 WEST HOUSTON AVENUE
SUITE 5
GILBERT AZ 85233

MURPHY CORDLER PLC
2025 NORTH 3RD STREET
SUITE 200
PHOENIX AZ 85004

NEC FINANCIAL SERVICES
250 PEHIE AVENUE
SUITE 704
SADDLE BROOK NJ 07663-5806

NEW WESTERN LLC
7909 WEST GLENDALE AVENUE
GLENDALE AZ 85303

CR COMMERCIAL CONTRACTORS, INC. -

NORTH AMERICAN SECURITY BROKERS
9558 WEST BENT TREE DRIVE
PEORIA AZ 85383

NORTHWEST FLOOR AND WALL
8661 NORTH 79TH AVENUE
PEORIA AZ 85345

OES EQUIPMENT - CALIF
37421 CENTRALMONT PLACE
FREMONT CA 94536

OMEGA TEST & BALANCE LLC
2032 WEST LONE CACTUS DRIVE
PHOENIX AZ 85027

OMEGA TEST & BALANCE LLC

ONE HOUR MESSENDER
2915 EAST LINDA LANE
GILBERT AZ 85234

ORANGE COAST TILE COMPANY
1551 NORTH TUSTIN AVENUE
SUITE300
SANTA ANA CA 92705

PABLO PRICHARD
C/O VICTORIA AMES
6424 EAST GREENWAY PARKWAY #383
SCOTTSDALE AZ 85254

PACIFIC OFFICE AUTOMATION
1305 WEST 1ST STREET
TEMPE AZ 85281

PACIFIC OFFICE AUTOMATION
P.O. BOX 41602
PHILADELPHIA PA 19101-1602

PACIFIC OFFICE AUTOMATION
4501 EAST MCDOWELL ROAD
PHOENIX AZ 85008

CR COMMERCIAL CONTRACTORS, INC. -


PALO VERDE EAST VALLEY REAL ESTATE LLC
13555 WEST MCDOWELL ROAD
SUITE 302
GOODYEAR AZ 85395


PARTITIONS & ACCESSORIES CO
1220 SOUTH PASADENA
MESA AZ 85210


PEARL CAPITAL/PEARL DELTA FUNDING LLC
525 WASTINGTON BLVD
22ND FLOOR
JERSEY CITY NJ 07310


PERFROMANCE HVAC SOLUTIONS LLC
13954 WEST WADDELL ROAD
SUITE 103 BOX223
SURPRISE AZ 85379


PHOENIX PIPELINES
3401 EAST ILLINI STREET
PHOENIX AZ 85040


PLA2WIN LLC


PREMIER DEMOLITION
7535 NORTH 63RD AVENUE
GLENDALE AZ 85301


PROGRESSIVE COMMERICAL INTERIORS
1206 NORTH STADEM
TEMPE AZ 85281


PROGRESSIVE ROOFING
23 NORTH 35TH AVENUE
PHOENIX AZ 85009


QUALITY FLOORS
352 EAST CAMELBACK ROAD
SUITE 200
PHOENIX AZ 85012

CR COMMERCIAL CONTRACTORS, INC. -

QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA PA 19101-0600

RCI SYSTEMS INC
1220 WEST GENEVA DRIVE
TEMPE AZ 85282

REITER'S CUSTOM WELDING INC
5815 WEST MCLELLAN ROAD
GLENDALE AZ 85301

RESOURCE ARIZONA LLC
4140 NORTH 44TH STREET
SUITE 100
PHOENIX AZ 85018

RHINO MASONRY INC
722 WEST MCLELLAN ROAD
NESA AZ 85201

RICK CARTER ESQ
3003 NORTH CENTRAL AVENUE
SUITE 1000
PHOENIX AZ 85012-2814

RYAN MECHANICAL
1325 NORTH MONDEL DRIVE
GILBERT AZ 85233

SECURED LENDER SOLUTIONS LLC
PO BOX 2576
SPRINGFIELD IL 62708

SIERA GLASS COMPANY INC
1141 WEST GRANT STREET
PHOENIX AZ 85007

SIERRA FIRE & COMMUNICATIONS
11056 NORTH 23RD DRIVE
PHOENIX AZ 85029

CR COMMERCIAL CONTRACTORS, INC. -

SIGNAL ONE
6100 SOUTH MAPLE AVENUE
SUITE 118-119
TEMPE AZ 85283


SKINNER INTERIOR SYSTEMS
10037 NORTH 12TH STREET
PHOENIX AZ 85020


SNH SE TENANT TRS INC
C/O FIVE STAR QUALITY INC
400 CENTER STREET
NEWTON MA 02458


SPECIALTY ROOFING
8200 NORTH 75TH AVENUE
PEORIA AZ 85345


SPENCERS TV & APPLIANCE
7345 WEST BELL ROAD
GLENDALE AZ 85308


STANDARD TEXTILE INC
P.O. BOX 630302
CINCINNATI OH 45263-0302


STAR ROOFING INC
9201 NORTH 9TH AVENUE
PHOENIX AZ 85021


SUNSTATE PLUMBING
7103 WEST AUGUSTA AVENUE
GLENDALE AZ 85303


SUSIES FENCE INC
P.O. BOX 6326
GOODYEAR AZ 85338


TECHNIQUEX
9035 EAST PIMA CENTER PARKWAY
SUITE 7
SCOTTSDALE AZ 85258

CR COMMERCIAL CONTRACTORS, INC. -

TECHNIQUEX SPECIALTY FLOORING INC
C/O BRIAN ROTELIUK ESQ
20 EAST THOMAS ROAD #2200
PHOENIX AZ 85012

TECHNIQUEX SPECIALTY FLOORING INC.
C/O RICK CARTER ESQ.
3003 NORTH CENTRAL AVENUE, #1000
PHOENIX AZ 85012

TECTA AMERICA ARIZONA
1824 WEST BROADWAY ROAD
PHOENIX AZ 85041

THE SHANNON S MARTIN COMPANY
PO BOX 44144
PHOENIX AZ 85064-4144

THEME TECH CORP
4045 WEST FAIRMOUNT AVENUE
PHOENIX AZ 85019

THISTLE DOORS
18251 NORTH 116TH DRIVE
SURPRISE AZ 85378

TROJAN FIRE PROTECTION LLC
9538 WEST BUTLER
PEORIA AZ 85345

TROJAN PEST CONTROL & HOME SERVICES LLC
3720 WEST ECHO LANE
PHOENIX AZ 85051

TRU TEAM GALE CONTRACTOR SERVICES
P.O. BOX 10490
TEMPE AZ 85284

TWIN CITY HARDWARE
5670 SOUTH 40TH STREET
PHOENIX AZ 85040

CR COMMERCIAL CONTRACTORS, INC. -


VERSHALEE SHUKLA
C/O VICTORIA AMES ESQ
6424 EAST GREENWAY PARKWAY #383
SCOTTSDALE AZ 85254


VERTEX GROUP LLC
657 WEST 1ST PLACE
MESA AZ 85201


VINCERE CANCER CENTER
C/O VICTORIA AMES ESQ
6424 EAST GREENWAY PARKWAY #383
SCOTTSDALE AZ 85254


VINCERE CANCER CENTER
7469 EAST MONTE CRISTO AVENUE
SCOTTSDALE AZ 85260


VINCERE CANCER LLC
C/O VICTORIA AMES ESQ.
6424 EAST GREENWAY PARKWAY, #383
SCOTTSDALE AZ 85254


WELLS FARGO
MAC T9017-026
PO BOX 168048
IRVING TX 75016-8048


WELLS FARGO
PO BOX 29482
PHOENIX AZ 85038-8655


WELLS FARGO
P.O. BOX 29482
PHOENIX AZ 85038


WESTERN FENCE CO INC.
PO BOX 5403
PHOENIX AZ 85010


WILLIAMS SCOTSMAN
901 SOUTH BOND STREET
SUITE 600
BALTIMORE MD 21213-3357

# United States Bankruptcy Court
## District of Arizona

In re   **CR COMMERCIAL CONTRACTORS, INC.** _____   Case No. _____

                                                      Debtor(s)           Chapter    **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CR COMMERCIAL CONTRACTORS, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:



■ None [*Check if applicable*]




| | |
|---|---|
| **March 14, 2019** | **/s/ Allan D. NewDelman** |
| Date | **Allan D. NewDelman 004066** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CR COMMERCIAL CONTRACTORS, INC.** |
| | **ALLAN D. NEWDELMAN, P.C.** |
| | **80 EAST COLUMBUS AVENUE** |
| | **PHOENIX, AZ 85012** |
| | **602-264-4550 Fax:602-277-0144** |
| | **anewdelman@adnlaw.net** |