UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) In Proceedings Under |
| | ) Chapter Eleven |
| CR COMMERCIAL CONTRACTORS, INC., | ) |
| | ) Case No. 2-19-bk-02937 EPB |
| | ) |
| | ) ORDER APPROVING FIRST AND |
| | ) FINAL APPLICATION FOR |
| | ) ALLOWANCE OF COMPENSATION |
| | ) AND REIMBURSEMENT OF EXPENSES |
| Debtor. | ) FOR SPECIAL COUNSEL CHASE E. |
| | ) HALSEY OF MURPHY CORDIER PLC |
| | ) **AS AMENDED BY THE COURT** |

Upon the Application for Allowance of Compensation and Reimbursement of Expenses for Special Counsel, Chase E. Halsey, Esq. of Murphy Cordier, PLC. (First and Final) filed herein by Allan D. NewDelman, P.C., at Docket Number 120, and after notice and opportunity for objections, and no objections having been received, and good cause appearing;

**IT IS HEREBY ORDERED** that the Application to pay attorney's fees and costs to Special Counsel is hereby APPROVED and be deemed FINAL, in the amount of $2,367.64, provided that **funds are available and that** the payment will not prejudice Claimants of equal or higher priority.

DATED AND SIGNED ABOVE.